AO 450 (GAS Rev 09/20) Judgment in a Civil Case

# United States District Court
## Southern District of Georgia

| | |
|---|---|
| EDWARD BALLARD | JUDGMENT IN A CIVIL CASE |
| v. | CASE NUMBER: 6:25-cv-00045 |
| RYAN NUTT and REID RECOVERY SERVICE INC. | |

☐ **Jury Verdict.** This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

☒ **Decision by Court.** This action came before the Court. The issues have been considered and a decision has been rendered.

**IT IS ORDERED AND ADJUDGED**

that, in accordance with the Order signed July 24, 2025, the Magistrate Judge's Report and Recommendation is adopted as the opinion of the Court. This case is remanded to the Superior Court of Toombs County, State of Georgia, case number 25CV00084, for lack of subject-matter jurisdiction. This case stands closed.



| 7/24/2025 | John E. Triplett, Clerk of Court |
|---|---|
| Date | Clerk |
| | (By) Ann Duke, Deputy Clerk |

GAS Rev 10/2020